

**Service of Process Transmittal**
07/12/2017
CT Log Number 531560725

| | |
|---|---|
| **TO:** | Kim Lundy Service of Process, Legal Support Supervisor<br>Wal-Mart Stores, Inc.<br>702 SW 8th St, MS#0215<br>Bentonville, AR 72716-6209 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Wal-Mart Stores, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Crabtree Dondeena, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, First Complaint, Interrogatories, First Request(s) |
| **COURT/AGENCY:** | Pinellas County Circuit Court, FL<br>Case # 17004098CI |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 09/05/2016 - 3801 Tampa Road, Oldsmar, Pinellas County, Florida |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/12/2017 at 14:45 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Maryann Furman<br>The Nurse Lawyer P.A.<br>201 US 19 Alternate<br>Palm Harbor, FL 34683<br>727-807-6182 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/12/2017, Expected Purge Date: 07/17/2017<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / DJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

Dondeena Crabtree,

    Plaintiff,

v.                                       Case No.: 17-004098-CI

Wal-Mart Stores, Inc.,

    Defendant.
_____/

7-12-2017
2:45pm
jps 1273

**SUMMONS**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint, request for production, and interrogatories in the above styled cause upon the Defendant(s):

    **Wal-Mart Stores, Inc.**
    **C T Corporation System, Registered Agent**
    **1200 South Pine Island Road**
    **Plantation, FL 33324**

    Each Defendant is hereby required to serve written defenses to said complaint or petition on Plaintiff's attorney, whose name and address is:

                                       **Maryann Furman, Esquire**
                                       FBN: 26535
                                       **The Nurse Lawyer, P.A.**
                                       201 US 19 Alternate
                                       Palm Harbor, FL 34683-5543
                                       (727) 807-6182 Phone
                                       (727) 848-6182 Fax
                                       service@thenurselawyer.com

within 20 days after service of this summons upon said Defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on Plaintiff's attorney or immediately thereafter. If a

Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Witness my hand and the seal of said court on _____ JUL 05 2017 .

Clerk of Court

By: _____
     Deputy Clerk

**In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact the above listed attorney or her secretary at the address and telephone number given not later than seven (7) days prior to the proceeding. If hearing impaired, contact the Florida Relay Service, telephone 1(800) 955-8770.**

Filing # 58476799 E-Filed 06/30/2017 09:31:38 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

Dondeena Crabtree,

    Plaintiff,

v.                                            Case No.:   17-004098-CI

Wal-Mart Stores, Inc.,

    Defendant.
_____/

## PLAINTIFF'S FIRST COMPLAINT

Comes now the plaintiff, Dondenna Crabtree, by and through her undersigned attorney, and sues Defendant, Wal-Mart Stores, Inc., and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00).

2. At the time of the incident complained of herein, Plaintiff was a resident of Pinellas County, Florida.

3. On or about September 5, 2016, and at all times material herein, Defendant had its business located at 3801 Tampa Road, Oldsmar, Pinellas County, Florida. Defendant, Wal-Mart Stores, Inc., operates a retail store/supermarket that is used by the general public as such.

4. On the aforesaid date, the plaintiff, Dondenna Crabtree, was a business invitee, and was lawfully upon the above-stated premises as a customer during the regular business hours of the Defendant, Wal-Mart Stores, Inc.

5. At that time and place, Plaintiff, Dondenna Crabtree, slipped and fell in a wet substance that was on the floor.

6. Defendant, Wal-Mart Stores, Inc., its employees and/or agents, had a duty to exercise reasonable care in inspecting and keeping its premises in a safe condition.

7. Notwithstanding said duty, the Defendant, Wal-Mart Stores, Inc., its employees and/or agents, breached that duty in the following ways:

   a. by permitting and/or allowing a dangerous hazard to exist on the above described premises;

   b. failing to keep a safe environment for customers lawfully on the subject premises, thereby creating a dangerous environment for its customers;

   c. failing to warn of the dangerous situation created by the wet surface, when it knew or should have known, that its' presence created a dangerous environment for its business invitees;

   d. failing to inspect the subject premises for the presence of dangerous defects or conditions which posed a hazard to its business invitees;

   e. failing to place safety cones, a safety mat or take any reasonable precautions to protect its business invitees from the danger created by the wet surface; and

   f. failing to otherwise exercise reasonable care for the safety of its business invitees.

8. As a proximate and direct result of the Defendant, Wal-Mart Stores, Inc., its employees and/or agent's negligence, the Plaintiff, Dondenna Crabtree, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

Wherefore, the Plaintiff, Dondenna Crabtree, demands damages from the Defendant, Wal-Mart Stores, Inc., together with her costs herein and trial by jury.

### NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS
### FOR SERVICE BY ELECTRONIC MAIL

The law firm of The Nurse Lawyer, P.A. files this appearance as attorney of record for Plaintiff, Dondenna Crabtree, in the above-styled cause, and pursuant to F.R.J.A. 2.516, designates the following e-mail address for service by electronic mail:

service@thenurselawyer.com.

Respectfully submitted June 30, 2017.

Maryann Furman, RN, Esq.
The Nurse Lawyer P.A.
201 US 19 Alternate
Palm Harbor, FL 34683
Telephone: (727) 807-6182
Facsimile: (727) 848-6182
Fla. Bar No.: 0026535
Attorney for Plaintiff
service@thenurselawyer.com

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONDEENA CRABTREE,    CASE NO:   17-004098-CI

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS GIVEN that Andrew S. Bolin, Esquire, BCS and Christie Alisca, Esquire of Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino, and Bolin, P.A., appear on behalf of Defendant, WAL-MART STORES EAST, LP, and request that all papers, pleadings, and correspondence be served to counsel at the below address and e-service addresses.

## CERTIFICATE OF SERVICE
(**on next page**)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Filing Portal to: **Maryann Furman, RN, Esquire** (service@thenurselawyer.com) this **1st** day of **August** 2017.

        */s/*    *Andrew S. Bolin*
**Andrew S. Bolin, Esquire, BCS**
Florida Bar No. 0569097
**Christie Alisca, Esquire**
Florida Bar No. 0124020
*Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.*
1706 East Eleventh Avenue
Tampa, FL 33605
(813) 226-3000    Telephone
(813) 226-3001    Facsimile
afk@law-fla.com
sab@law-fla.com
zgj@law-fla.com
***Counsel for Defendant***

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

DONDEENA CRABTREE,    CASE NO:    17-004098-CI

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendants.
_____/

## DEFENDANT'S REQUEST FOR ADMISSIONS AND INCORPORATED INTERROGATORIES TO PLAINTIFF

Defendant, WAL-MART STORES EAST, LP, by and through its undersigned counsel, hereby requests that Plaintiff, admit or deny the following Request for Admissions within thirty (30) days from the date of service hereof, pursuant to Rule 1.370 of the Florida Rule of Civil Procedure:

1. Admit that Plaintiff, at all times material to the incident that makes up the basis for the Complaint, had a permanent, physical residence Florida.

2. Admit that Plaintiff currently has a permanent, physical residence in Florida.

3. Admit that Plaintiff, at all times material to the incident that makes up the basis for the Complaint, had no plans to move out of the State of Florida.

4. Admit that Plaintiff currently has no plans to move out of the State of Florida.

5. Admit that Plaintiff, at all times material to the incident that makes up the basis for the Complaint, was a citizen of the State of Florida.

6. Admit that Plaintiff is currently a citizen of the State of Florida.

7. Admit that Plaintiff is alleging damages in excess of $75,000.00

## INTERROGATORIES

a. If Plaintiff did have plans to move out of the State of Florida, please provide where Plaintiff was planning to move.

  b.  If Plaintiff does currently have plans to move out of the State of Florida, please provide where Plaintiff is planning to move.

  c.  If Plaintiff is alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that Plaintiff is seeking.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the Florida Court's E-Filing Portal to: **Maryann Furman, Esquire** (service@thenurselawyer.com) this **3rd** day of **August** 2017.

            */s/  Christie Alisca, Esq.*
            **Andrew S. Bolin, Esquire, BCS**
            Florida Bar No. 0569097
            **Christie Alisca, Esquire**
            Florida Bar No. 0124020
            *Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A.*
            1706 East Eleventh Avenue
            Tampa, FL 33605
            (813) 226-3000  Telephone
            (813) 226-3001  Facsimile
            afk@law-fla.com
            sab@law-fla.com
            zgj@law-fla.com
            **Counsel for Defendant**

BY:_____
                DONDEENA CRABTREE

STATE OF _____

COUNTY OF _____

    BEFORE ME, the undersigned authority, personally appeared **Dondeena Crabtree,** who is __ personally known to me or who has __ furnished identification in the form of _____, and who, after being first duly sworn, deposes and says that the foregoing is true and correct to the best of his/her knowledge, information and belief, and that he/she subscribed his/her name hereto in certification thereof.

    Dated this _____ day of _____ 2017.

_____
NOTARY PUBLIC

_____
Type or Print Name

My Commission Expires:

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

Dondenna Crabtree,

    Plaintiff,

v.                                     Case No.:    17-004098-CI-20

Wal-Mart Stores East, LP,

    Defendant.

_____/

**Plaintiff's, Dondenna Crabtree, Response to Defendant's,
Wal-Mart Stores East, LP, Request for Admissions and Incorporated
Interrogatories**

Plaintiff, Dondenna Crabtree, by and through the undersigned attorney, hereby files her response to request for admissions and incorporated interrogatories propounded by the Defendant, Wal-Mart Stores East, LP, dated August 3, 2017 number 1 through 7, and incorporated Interrogatories (a.) through (c.), as follows:

    1.    Admit.

    2.    Admit.

    3.    Admit.

    4.    Admit.

    5.    Admit.

    6.    Admit.

    7.    Admit.

## ANSWERS TO INTERROGATORIES

a. If Plaintiff did have plans to move out of the State of Florida, please provide where Plaintiff was planning to move.

    **Answer: N/A.**

b. If Plaintiff does currently have plans to move out of the State of Florida, please provide where Plaintiff is planning to move.

    **Answer: N/A.**

c. If Plaintiff is alleging damages in excess of $75,000.00, please provide an itemized breakdown of the damages that Plaintiff is seeking.

    **Answer: Please see medical bills produced in response to Request for Production.**

### Certificate of Service

I hereby certify that on September 5, 2017, a true and correct copy of the above and foregoing has been electronically filed using the Florida Court's E-Filing Portal System in compliance with Rule 2.516, which will send notification of such filing and copies to: Andrew S. Bolin, Esq., Beytin, McLaughlin, McLaughlin, O'Hara, Bocchino & Bolin, P.A., 1706 East Eleventh Avenue, Tampa, FL 33605, sab@law-fla.com; zgj@law-fla.com; mnd@law-fla.com.

Megan Cummings, Esquire
Florida Bar No.: 112435
The Nurse Lawyer, P.A.
201 US 19 Alternate
Palm Harbor, FL 34683
Phone: (727) 807-6182
Fax: (727) 848-6182
service@thenurselawyer.com
Attorney for Plaintiff